UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Angela S. Troxell, <br><br> Plaintiff, <br><br> v. <br><br> Pinnacle Staffing, Inc., and Peak Workforce Solutions, LLC, <br><br> Defendants. | Case No. 6:17-cv-03146-AMQ-KDW |

**STIPULATION OF DISMISSAL
OF DEFENDANTS PINNACLE STAFFING, INC. AND
PEAK WORKFORCE SOLUTIONS, LLC WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and the Defendants Pinnacle Staffing, Inc. and Peak Workforce Solutions, LLC in the above-styled matter hereby stipulate and agree to dismiss the above-captioned case with prejudice as to the Defendants Pinnacle Staffing, Inc. and Peak Workforce Solutions, LLC. This dismissal includes all claims and causes of action that were, or could have been brought, in the above captioned case against the Defendants Pinnacle Staffing, Inc. and Peak Workforce Solutions, LLC.

*Signatures continue on following page*

1

Respectfully submitted,

**HORTON LAW FIRM, P.A.**

By: s/ W. Andrew Arnold
    W. Andrew Arnold
    Federal ID No. 5947
    307 Pettigru Street
    Greenville, SC  29601
    864.233.4351   864.233.7142 fax
    aarnold@hortonlawfirm.net

**HARRISON | WHITE, P.C.**

John B. White, Jr. (Fed. ID No. 04619)
Marghretta H. Shisko (Fed. ID No. 11601)
178 West Main Street
P.O. Box 3547 (29304)
Spartanburg, SC 29306
(864) 585-5100
jwhite@spartanlaw.com
mshisko@spartanlaw.com

ATTORNEYS FOR PLAINTIFF


I CONSENT:

**MCANGUS GOUDELOCK & COURIE, L.L.C.**

By: s/ Jonathan G. Lane
    Jonathan G. Lane, Federal ID. No. 12167
    Amy Y. Jenkins, Federal ID. No. 6858
    735 Johnnie Dodds Blvd, Suite 200 (29464)
    Post Office Box 650007
    Mt. Pleasant, SC 29465

**DUNLAEVY LAW FIRM**

Jeffrey P. Dunlaevy
37 Villa Road, Suite 440
Greenville, SC 29615
864.208.9274
jeff@dunlaevylaw.com

ATTORNEYS FOR DEFENDANTS
PINNACLE STAFFING, INC. AND
PEAK WORKFORCE SOLUTIONS, LLC

August 17, 2018